Order entered November 13, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00565-CV

**JASON L. GRAMAN & MARTIN GRAMAN, Appellants**

**V.**

**IBP RETAIL NO. 5, LP, Appellee**

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-00508-2010**

## ORDER

The Court has before it appellee's November 8, 2012 second unopposed motion for extension of time to file its brief. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by December 13, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE